**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE MACLAUGHLAN BOZARTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENVISION HEALTHCARE CORPORATION; EMCARE HOLDINGS, INC.; EDS-I PRACTICES OF CALIFORNIA,<br><br>Defendants. | Case No. 5:17cv1935 FMO (SHKx)<br><br>Hon. Fernando M. Olguin<br><br>**1. STATUS REPORT RE: SETTLEMENT; AND**<br><br>**2. STIPULATION AND JOINT REQUEST FOR ORDER MODIFYING SCHEDULING AND CASE MANAGEMENT ORDER, AS RECOMMENDED BY JAMS MEDIATOR TO FACILITATE FURTHER SETTLEMENT DISCUSSIONS** |

Plaintiff Renee MacLaughlan Bozarth ("Plaintiff") and Defendants Envision Healthcare Corporation ("Envision"), EmCare Holdings, Inc. ("EmCare"), and EDS-I Practices of California, A Medical Corporation ("EDS-I") (collectively, "Defendants"), by and through their respective undersigned counsel, hereby submit

- 1 -

Firm:46448709v1

1  the following joint stipulation and (proposed) order to modify the Court's April 20,
2  2018 Scheduling and Case Management Order.

### STIPULATION

4      WHEREAS, on June 20, 2018, the Parties attended a court-ordered
5  mediation before the Honorable Dickran Tevrizian (Ret.) at JAMS in Los
6  Angeles, California;

7      WHEREAS, the Parties' mediation efforts were constructive, and
8  meaningful progress was made toward settlement;

9      WHEREAS, the Parties and Judge Tevrizian intend to continue substantive
10 mediation efforts and discussions over the next sixty days for the purpose of
11 attempting to reach a final compromise settlement of this matter;

12     WHEREAS, to facilitate these further mediation efforts and discussions,
13 and with Judge Tevrizian's endorsement, the Parties have agreed to a sixty-day
14 standstill of litigation activities, including, with the Court's approval, a sixty-day
15 deferral of any ruling by the Court on Defendants' pending Motion to Dismiss and
16 Motion to Strike directed to the First Amended Complaint in this matter;

17     WHEREAS, the Parties are in agreement that good cause exists to modify
18 the upcoming Case Deadlines in the Court's Scheduling and Case Management
19 Order for sixty days, as follows, which will also facilitate the Parties' continuing
20 mediation and settlement efforts:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Completion of Fact Discovery: | November 30, 2018 | February 28, 2019 |
| Completion of Expert Discovery: | February 14, 2019 | April 15, 2019 |
| Service of Initial Expert Witness Disclosures: | December 14, 2018 | February 12, 2019 |
| Service of Rebuttal Expert Witness Disclosures: | January 14, 2019 | March 15, 2019 |

| Motions for Class Certification: | January 18, 2019 | March 19, 2019 |
| --- | --- | --- |
| Dispositive Motions: | April 17, 2019 | June 17, 2019 |

WHEREAS, Judge Tevrizian asked the Parties to inform the Court that he strongly supports the time frame laid out in the Parties' stipulation herein and request for modification of the Scheduling and Case Management Order to facilitate further mediation and settlement efforts in the case.

The Parties hereby respectfully request that the Court enter an order modifying the Scheduling and Case Management Order in the accordance with the proposed dates above, or to such other later dates as may be convenient to the Court.

The Parties enter into this stipulation and make the foregoing request in furtherance of the Parties' mediation efforts and the administration of justice, and not for the purpose of undue delay.

Respectfully submitted,

DATED: JUNE 25, 2018                    EPSTEIN BECKER & GREEN, P.C.

*/s/ Jonathan M. Brenner*

By: David Jacobs
Jonathan M. Brenner
J. Susan Graham

Attorneys for Defendants
ENVISION HEALTHCARE CORPORATION, EMCARE HOLDINGS, INC. and EDS-I PRACTICES OF CALIFORNIA

| | | |
|---|---|---|
| 1 | DATED: JUNE 25, 2018 | **WOLF POPPER LLP** |
| 2 | | |
| 3 | | */s/ Patricia I. Avery* |
| 4 | | By: Chet B. Waldman |
| 5 | | Patricia I. Avery |
| 6 | | Robert S. Plosky |
| | | Elissa M. Hachmeister |
| 7 | | |
| 8 | | Attorneys for Plaintiff |
| | | RENEE MACLAUGHLAN BOZARTH |
| 9 | | |
| 10 | | |
| 11 | DATED: JUNE 25, 2018 | **GLANCY PRONGAY & MURRAY LLP** |
| 12 | | |
| 13 | | */s/ Jonathan M. Rotter* |
| 14 | | By: |
| 15 | | Jonathan M. Rotter |
| 16 | | Lionel M. Glancy |
| | | Robert V. Prongay |
| 17 | | |
| 18 | | Attorneys for Plaintiff |
| | | RENEE MACLAUGHLAN BOZARTH |

- 4 -