Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
Jonathan M. Rotter (SBN 234137)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: info@glancylaw.com

Chet B. Waldman (admitted *Pro Hac Vice*)
Patricia I. Avery (admitted *Pro Hac Vice*)
Elissa Hachmeister
**WOLF POPPER LLP**
845 Third Avenue 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
Fax: (212) 486-2093
Email: cwaldman@wolfpopper.com
        pavery@wolfpopper.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE MACLAUGHLAN BOZARTH and STELLA BELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENVISION HEALTHCARE CORPORATION, EMCARE HOLDINGS, INC., and EDS-I PRACTICES OF CALIFORNIA,<br><br>Defendants. | **CLASS ACTION**<br><br>CASE NO. 5:17-cv-01935-FMO SHK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**Date: June 18, 2020<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin** |

– i –

# NOTICE OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Re: Motion for Preliminary Approval of Class Action Settlement and Order Re: Motion to Modify (collectively, "Preliminary Approval Order," ECF Nos. 90 and 92), on June 18, 2020, at 10:00 a.m. before the Honorable Fernando M. Olguin, in Courtroom 6D of the United States District Court, Central District of California, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Renee MacLaughlan Bozarth and Stella Bell ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 23(e), will and hereby move this Court for an Order granting final approval of the Stipulation and Agreement of Class Action Settlement dated May 31, 2019 (ECF No. 97-1) ("Settlement Agreement") and the Amendment to Stipulation and Settlement Agreement dated January 2020 ("Amended Settlement Agreement") (ECF No. 97-2) (collectively the "Settlement"): (1) certifying the Class[1] for the purposes of settlement; (2) appointing Plaintiffs as class representatives for settlement purposes; (3) appointing Wolf Popper LLP and Glancy Prongay & Murray LLP as class counsel for settlement purposes; and (4) approving the Settlement as fair, adequate, and reasonable.

This Motion is based on this Notice of Unopposed Motion, the accompanying Memorandum of Points and Authorities, the Settlement Agreement, the Amended Settlement Agreement and exhibits thereto, the Declaration of Chet B. Waldman in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement (the "Waldman Final Approval Decl."), the pleadings and papers filed in this Action, and any other matters this Court may consider.  In accordance with Local Rule 7-3, Defendants have reviewed this Notice of Unopposed Motion, and the accompanying Memorandum of Points and Authorities and the [Proposed] Final Judgment and Order, and have indicated that they do not oppose this Motion.

---

[1] Unless otherwise defined herein, capitalized terms have the meanings as defined in the Settlement Agreement.

– 1 –

A proposed Order granting the requested relief is being filed concurrently herewith.

DATED:  May 18, 2020

Respectfully submitted,

/s/ Jonathan M. Rotter
Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
Jonathan M. Rotter (SBN 234137)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: info@glancylaw.com


/s/ Chet B. Waldman
Chet B. Waldman (admitted *Pro Hac Vice*)
Patricia I. Avery (admitted *Pro Hac Vice*)
Elissa Hachmeister
**WOLF POPPER LLP**
845 Third Avenue
New York, NY  10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093
Email: cwaldman@wolfpopper.com

*Attorneys for Plaintiffs and the Proposed Class*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 18, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2020, at Los Angeles, California.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter