JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MACLAUGHLAN BOZARTH and STELLA BELL, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>ENVISION HEALTHCARE CORPORATION, et al.,<br><br>            Defendants. | Case No. ED CV 17-1935 FMO (SHKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT

1. Plaintiffs Renee MacLaughlan Bozarth and Stella Bell shall be paid a service payment of $2,500 and $1,250, respectively, in accordance with the terms of the Settlement Agreement and the Order.

2. Class counsel shall be paid $1,850,000 in attorney's fees and costs in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, Rust, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

4. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released

parties (as defined in the Settlement Agreement).

5. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 30th day of June, 2020.

/s/
Fernando M. Olguin
United States District Judge